UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAM DOUGLAS, JR. et al., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM JOSEPH KALANTA, et al., <br><br> Defendants. | Case No. 1:21-cv-01535-JLT-EPG <br><br> ORDER REQUIRING RESPONSE TO MOTION TO REMOVE PLAINTIFF DAVID HENDERSON <br><br> (ECF No. 22) |

Plaintiffs Richard William Douglas, Jr., Christine Anne Hurtt, and David Henderson, proceeding *pro se*, filed this lawsuit on October 18, 2021. (ECF No. 1). On January 28, 2022, Plaintiffs Douglas and Hurtt filed a motion to remove Plaintiff Henderson as a plaintiff in this case. (ECF No. 22). The motion cites no legal authority for doing so, but generally indicates that the parties have had personal disagreements and that Plaintiff Henderson has indicated that he will no longer be participating in this case.[1]

Upon review of the motion, the Court finds it prudent to require a response from Plaintiff Henderson that addresses whether he intends to continue to litigate this case.

Based on the foregoing, IT IS ORDERED as follows:

1. Plaintiff David Henderson shall file a response to the motion to remove him as a

---

[1] In any future motion, Plaintiffs are directed, to the best of their ability, to provide legal authority and argument in support of the motion. *See* Fed. R. Civ. P. 7(b)(1)(b). Additionally, Plaintiffs are required to file a certificate of service for any motion filed. *See* Fed. R. Civ. P. 5(a)(1)(D), (d)(1)(B)(i).

1

plaintiff in this case by no later than February 16, 2022, indicating whether he intends to continue to litigate this case.

2. Plaintiff is advised that, if he responds that he no longer wishes to litigate this case, his response will be construed as a notice of voluntary dismissal of his claims against the Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

3. Plaintiff is warned that, if he fails to file anything, his case against the Defendants may be dismissed without prejudice for failure to prosecute and failure to comply with this Court's order under Federal Rule of Civil Procedure 41(b).

4. When mailing a copy of this order to the Plaintiffs, the Clerk is respectfully directed to also mail a copy of the motion to remove Plaintiff Henderson as a plaintiff (ECF No. 22) to Plaintiff Henderson along with this order.

IT IS SO ORDERED.

Dated:   **January 31, 2022**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE