1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAM DOUGLAS, JR. et al.,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JOSEPH KALANTA, et al.,<br><br>Defendants. | No.  1:21-cv-01535 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CLAIMS BROUGHT BY PLAINTIFF HENDERSON<br><br>(Doc. 27) |

Richard William Douglas, Jr., Christine Anne Hurtt, and David Henderson, proceeding *pro se*, filed this lawsuit on October 18, 2021.  (Doc. 1.)  Plaintiffs Douglas and Hurtt thereafter moved to remove Henderson as a plaintiff in this case.  (Doc. 22.)  The assigned magistrate judge ordered Henderson to respond to the motion on February 1, 2022.  (Doc. 23.)  Henderson did not oppose the motion or otherwise respond to the Court's order.

Concluding that Henderson failed to prosecute this case and failed comply with the Court's order, the magistrate judge recommended the claims brought by Henderson be dismissed without prejudice on February 24, 2022.  (Doc. 27.)  The magistrate judge permitted any party to file objections within fourteen days after being served with the findings and recommendations. (*Id.* at 4.)  However, no party has filed objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be

1

supported by the record and by proper analysis. Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations entered on February 24, 2022 (Doc. 27), are **ADOPTED** in full.

    2.    The motion to remove David Henderson as a plaintiff in this case (Doc. 22) is **GRANTED**.

    3.    The claims brought by David Henderson are **DISMISSED** without prejudice; and

    4.    The Clerk of the Court is directed to update the docket and terminate David Henderson as a plaintiff from the docket.

IT IS SO ORDERED.

Dated:   **March 24, 2022**

UNITED STATES DISTRICT JUDGE

2