UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAM DOUGLAS, JR. et al.,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JOSEPH KALANTA, et al.,<br><br>Defendants. | No.  1:21-cv-01535 JLT EPG<br><br>ORDER ADOPTING THE  FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE<br><br>(Doc. 30) |

Plaintiffs Richard William Douglas, Jr. and Christine Anne Hurtt filed this lawsuit on October 18, 2021, asserting the "Defendants are involved in organized crime, human trafficking, and racketeering influenced corrupt organizations." (Doc. 1 at 1.) Plaintiffs thereafter moved for default judgment against Defendant Modesto Police Department. (Doc. 29.)

On March 10, 2022, the assigned magistrate judge issued Findings and Recommendations to deny the motion, because Plaintiffs failed to first obtain a clerk's entry of default under Federal Rule of Civil Procedure 55(a). (Doc. 30.) The magistrate judge recommended "Plaintiffs be given a deadline of thirty (30) days to apply for a clerk's entry of default." (*Id.* at 3.)

Plaintiffs were given fourteen days to file any objections to the Findings and Recommendations. (Doc. 30 at 3.) No Plaintiff has filed objections, and the time to do so has expired. Instead, Plaintiffs requested the Clerk's office enter default, and the request was granted on March 17, 2022. (Docs. 31-33.) Plaintiffs then filed a new motion for default judgment on

March 24, 2022, which is now pending before the Court. (Doc. 34.)

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations entered on March 10, 2022 (Doc. 30), are **ADOPTED**; and
2. Plaintiffs' motion for default judgment (Doc. 29) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:   **April 5, 2022**

UNITED STATES DISTRICT JUDGE

2