`

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAM DOUGLAS, JR. et al., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM JOSEPH KALANTA, et al., <br><br> Defendants. | Case No.   1:21-cv-01535-JLT-EPG <br><br> ORDER HOLDING MOTION FOR DEFAULT JUDGMENT IN ABEYANCE <br><br> (ECF No. 34) |

This matter is before the Court on the motion for default judgment filed by Plaintiffs William Douglas, Jr. and Christine Anne Hurtt. (ECF No. 34). For the reasons given, the Court will hold the motion in abeyance.

Plaintiffs filed this civil action on October 18, 2021. (ECF No. 1). The complaint generally alleges "that the named [D]efendants [William Joseph Kalanta, Michael James Kalanta, Kimberly Jo Hurtt, and Modesto Police Department] conspired together to murder Angela Dawn Kalanta" and argues that Defendants "are involved in organized crime, human trafficking and racketeering influenced corrupt organizations." (ECF No. 1, p. 1). On January 24, 2022, Defendants William Joseph Kalanta, Michael James Kalanta, and Kimberly Jo Hurtt moved to dismiss the case with prejudice, arguing that the claims cannot proceed based on claim and issue preclusion, the statute of limitations, and Plaintiffs' failure to state a claim. (ECF No. 18). This motion remains pending.

1

Defendant Modesto Police Department has not appeared or otherwise offered a defense, and Plaintiffs have obtained a clerk's entry of default and have filed a motion for default judgment. (ECF Nos. 33, 34). On April 7, 2022, Defendants William Joseph Kalanta, Michael James Kalanta, and Kimberly Jo Hurtt filed an opposition brief, arguing "that the entry of default judgment is inappropriate while related claims remain pending against defendants who have appeared" because a partial judgment against Defendant Modesto Police Department would necessarily resolve common issues linked to the remaining Defendants and could thus prejudice them. (ECF No. 37). Plaintiffs filed a reply brief on April 12, 2022, arguing that the authority relied on in the opposition does not apply here and generally reciting certain substantive allegations against Defendant Modesto Police Department. (ECF No. 38).

After considering the parties' arguments, the Court will hold the motion for default judgment in abeyance. Federal Rule of Civil Procedure 54(b) allows a court to "direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." However, "where a complaint alleges that defendants are jointly liable and one of them defaults, judgment should not be entered against the defaulting defendant until the matter has been adjudicated with regard to all defendants." *In re First T.D. & Inv., Inc.*, 253 F.3d 520, 532 (9th Cir. 2001) (footnote omitted). This rule extends "to defendants who are similarly situated, even if not jointly and severally liable." *Id.*; *Sunbelt Rentals, Inc. v. Three Bros. Elec. Contractors, Inc.*, 2022 WL 134921, at *3 (E.D. Cal. Jan. 14, 2022), *report and recommendation adopted*, (E.D. Cal. Feb. 3, 2022) (noting discretion afforded by Rule 54(b) but citing case law concluding that default judgement should not be entered against "a non-answering defendant while the action is proceeding against answering defendants").

Despite Plaintiffs' argument to the contrary, this line of authority is directly applicable here. Defendants are similarly situated based on Plaintiffs' allegations in the complaint, most notably, that all the named Defendants conspired together to murder Angela Dawn Kalanta and are all involved in organized crime, human trafficking, and racketeering. (ECF No. 1, pp. 1, 8). "At the very least, the claims, facts, and legal issues asserted in the complaint relative to each of the [] [D]efendants are quite similar." *Sunbelt Rentals, Inc.*, 2022 WL 134921, at *4. Further, the

case is still proceeding against all Defendants except Defendant Modesto Police Department.

Accordingly, IT IS ORDERED as follows:

1. Plaintiffs' motion for default judgment is held in abeyance until judgment is appropriate for the remaining defendants or upon further order of the court (ECF No. 34).

IT IS SO ORDERED.

Dated:   **April 18, 2022**                                /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE