UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAM DOUGLAS, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM JOSEPH KALANTA, et al.,<br><br>Defendants. | Case No. 1:21-cv-01535-JLT-EPG<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO DISMISS**<br><br>(Doc. 41) |

In this action, Richard William Douglas, Jr., and Christine Anne Hurtt accuse the Defendants of conspiring to murder Ms. Angela Dawn Kalanta. On November 7, 2022, the assigned magistrate judge issued findings and recommendations, recommending that: (1) Defendants' motion to dismiss be granted; (2) the case against Defendant Modesto Police Department be *sua sponte* dismissed; (3) this action be dismissed with prejudice; (4) Plaintiffs' motion for default judgment be denied; and (5) Defendants' request for judicial notice be denied as unnecessary. (Doc. 41). Plaintiffs filed timely objections. (Doc. 42). Defendants filed a timely reply to the objections. (Doc. 43).

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiffs' objections and Defendants' reply to the objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. The objections do not materially call into question the magistrate

judge's conclusions. For example, Plaintiffs object to the conclusion that their RICO claims are time-barred. (Doc. 42 at 2–3.) Among other things, Plaintiffs claim that the challenged conduct was "ongoing" and that certain events took place within the statutory period, including "stalking" of Hurtt by a Defendant in 2018 that allegedly led Hurtt to divorce her spouse. (*Id*. at 2.) The Court agrees with Defendants (*see* Doc. 43 at 3) that this belated reference to "stalking" in 2018 does not change the outcome here because, among other things, this conduct is not alleged in the Complaint and did not result in any injury to business or property, which is required by the civil RICO provision invoked by Plaintiff.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on November 7, 2022, (Doc. 41), are **ADOPTED IN FULL**.
2. The motion to dismiss (Doc. 18) filed by Defendants William Joseph Kalanta, Michael James Kalanta, and Kimberly Jo Hurtt is **GRANTED**.
3. The case against Defendant Modesto Police Department is **DISMISSED** *sua sponte*.
4. All claims and Defendants are **DISMISSED WITH PREJUDICE**.
5. Plaintiffs' motion for default judgment (Doc. 34) is **DENIED**.
6. Defendants' request for judicial notice (Doc. 18-2) is **DENIED AS MOOT**.
7. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 20, 2022**

UNITED STATES DISTRICT JUDGE